UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 14-736-MWF (AGRx)**                                Date: **June 10, 2014**

Title:       Sprint Solutions, Inc. et al. *-v-* KT Corp. et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Julieta Lozano                                                     None Present
    Courtroom Deputy                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:               ATTORNEYS PRESENT FOR DEFENDANTS:
                      None                                                                         None

PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE: DISMISSAL FOR
                                                        LACK OF PROSECUTION

     Plaintiff is ordered to show cause, in writing, no later than **June 16, 2014**, why this action should not be dismissed for lack of prosecution.

     The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

    _____   Proof of service of summons and complaint

    __X__   Answer by the defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a)

    _____   An application for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b)

     No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will

                                                                                                                          Initials of Deputy Clerk   _jloz_

(Rev. 10/1/04)

result in the dismissal of this action.

      IT IS SO ORDERED.  The Clerk shall serve a copy of this Minute Order on all parties to this action.